**Fill in this information to identify the case:**

Debtor name **Ryson Builders, L.L.C.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF LOUISIANA

Case number (if known) **26-11118**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

**12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* __________
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration __________

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **November 17, 2026**

*X* **/s/ David A. Brown, Jr.**
Signature of individual signing on behalf of debtor

**David A. Brown, Jr.**
Printed name

**Manager**
Position or relationship to debtor

Fill in this information to identify the case:

Debtor name **Ryson Builders, L.L.C.**

United States Bankruptcy Court for the: **MIDDLE DISTRICT OF LOUISIANA**

Case number (if known): **26-11118**

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Baton Rouge Water P.O. Box 96025 Baton Rouge, LA 70896-9025** | | | | | | **$0.00** |
| **Bert Faulk 6811 Jefferson Hwy Baton Rouge, LA 70806** | | | | | | **$0.00** |
| **Brookes Guay 640 South Boulevard Baton Rouge, LA 70802** | | | | | | **$0.00** |
| **Capital One P.O. Box 60519 City of Industry, CA 91716-0519** | | | | | | **$0.00** |
| **Capital One P.O. Box 60519 City of Industry, CA 91716-0519** | | | | | | **$0.00** |
| **Carlos Barreto 9935 Ashby Lane Denham Springs, LA 70726** | | | | | | **$0.00** |
| **CAS Roofing LLC 18522 Magnolia Bridge Road Greenwell Springs, LA 70739** | | | | | | **$0.00** |
| **Chase Bank P.O. Box 1423 Charlotte, NC 28201-1423** | | | | | | **$0.00** |
| **CHIIRP HWY 18 LLC 3400 N Ashton Blvd. Suite 230 Lehi, UT 84043** | | | | | | **$0.00** |

Debtor **Ryson Builders, L.L.C.**
Name

Case number *(if known)* **26-11118**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Christopher Garland 10926 Country Ostrich Drive Pensacola, FL 32534** | | | | | | **$0.00** |
| **Coast Visa P.O. Box 483 New York, NY 10014** | | | | | | **$0.00** |
| **DeCuir, Clark & Adams, LLP 732 North Boulevard Baton Rouge, LA 70802** | | | | | | **$0.00** |
| **Dianne Leon 36514 Shadow Lane Prairieville, LA 70769** | | | | | | **$0.00** |
| **Faulk & Winkler, LLC 6811 Jefferson Hwy Baton Rouge, LA 70806** | | | | | | **$0.00** |
| **Fourrier Agency, Inc. P.O. Box 64747 Baton Rouge, LA 70896** | | | | | | **$0.00** |
| **Google Ads 1600 Amphitheatre Parkway Mountain View, CA 94043** | | | | | | **$0.00** |
| **Nicholas Holt 7437 Director Drive Baton Rouge, LA 70817** | | | | | | **$88,000.00** |
| **Phelps Dunbar LLP II City Plaza 400 Convention Street, Suite 1100 Baton Rouge, LA 70803** | | | | | | **$38,464.17** |
| **Quinstreet Inc. P.O. Box 8398 Pasadena, CA 91109-8398** | | **Quinstreet is in collections at Altus Commercial Receivables** | | | | **$9,665.00** |
| **Todd Caruso, Attorney at Law, LLC 233 Capitol Street Denham Springs, LA 70726** | | | | | | **$7,429.01** |

**Fill in this information to identify the case:**

Debtor name **Ryson Builders, L.L.C.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF LOUISIANA

Case number (if known) **26-11118**

☐ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

**Part 1: Summary of Assets**

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.............................. $ **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.............................. $ **354,000.00**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.............................. $ **354,000.00**

**Part 2: Summary of Liabilities**

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.............................. $ **0.00**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................. $ **0.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................. +$ **804,558.18**

4. **Total liabilities** ..............................
   Lines 2 + 3a + 3b                                                  $ **804,558.18**